# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF ALASKA

| | |
|---|---|
| K & L BEVERAGE COMPANY, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GLACIER CREEK DISTILLERY, LLC, )<br>)<br>Defendant. )<br>_____) | Case No. 3:14-cv-00211-SLG |

## DEFAULT JUDGMENT

THIS MATTER, having come before the Court on Plaintiff K & L Beverage Company, LLC's ("K & L") Motion for Default Judgment at Docket 49, and no opposition having been filed, pursuant to Fed. R. Civ. P. 54 and 55(b), and in accordance with this Court's Order of September 1, 2016 (Dkt. 48), and default having been entered against Defendant Glacier Creek Distillery, LLC ("Glacier Creek");

NOW, THEREFORE, IT IS ORDERED that K & L's Motion for Default Judgment is GRANTED. It is further ordered that Glacier Creek's Counterclaim against K & L (Dkt. 31) is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that default judgment is entered in favor of K & L and against Glacier Creek as follows:

| | | |
|---|---|---|
| a. | Principal Amount | $183,429.38 |
| b. | Prejudgment Interest ($20.10 x 639 days) (Calculated at the statutory rate of 4% per annum, as set forth in Alaska Statute 09.30.070, from December 16, 2014 through September 15, 2016) | $12,843.90 |
| c. | Additional Prejudgment Interest | $924.60 |
| d. | (Calculated at the statutory rate of 4% per annum from September 15, 2016 through the date of judgment @ $20.10 per diem- 46 days) | |
| e. | Attorneys' Fees (Pursuant to ARCP 82(b)) | $15,505.76 |
| f. | Costs (Pursuant to FRCP 54(d)) | $985.68 |
| **g.** | **TOTAL JUDGMENT** | **$213,689.32** |
| h. | Post-Judgment Interest Rate Per 28 U.S.C. § 1961 | |

LET EXECUTION ISSUE.

DATED this 31st day of October, 2016 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT
*K & L Beverage Company, LLC v. Glacier Creek Distillery, LLC*, Case No. 3:14-cv-00211-SLG